# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RAFAEL VILLAFAN, et al.,<br><br>    Defendants. | Case No.  1:16-cv-00688-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT DEMI AG. INC. TO RETAIN COUNSEL AND HAVE SAID COUNSEL APPEAR IN THIS ACTION |

On May 13, 2016, Plaintiffs filed a complaint in this action.  (ECF No. 1.)  On June 3, 2016, Defendant Demi Ag. Inc. filed an answer to the complaint.  (ECF No. 4.)  The answer was signed and filed by Margarita Ortega, who states that Demi Ag Inc. belongs to her, but there is no indication that she is an attorney representing Defendant Demi Ag. Inc.

Defendant Demi Ag. Inc., a California corporation, is hereby advised that they may not appear in propria persona.  Local Rule 183 provides that "[a] corporation or other entity may appear only by an attorney."  See also U.S. v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993) (citing Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 201–02 (1993)) (recognizing that a corporation is not permitted to appear in federal courts unless it is represented by counsel).  Defendant Demi Ag. Inc. is advised that it must, within thirty (30) days of the date of entry of this order, seek and retain counsel, duly licensed to practice before the above-entitled Court, and have said counsel appear in this matter.

Failure to have authorized counsel appear within thirty (30) days of the date of entry of this order shall lead to sanctions at the discretion of the Court, including but not limited to the striking of the answer of Defendant Demi Ag. Inc. and the entry of default against Defendant Demi Ag. Inc.

Based on the foregoing, IT IS HEREBY ORDERED that Defendant Demi Ag. Inc. must seek and retain counsel, duly licensed to practice before the above-entitled Court, and have said counsel appear in this matter within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **June 7, 2016**

UNITED STATES MAGISTRATE JUDGE