TRACY A. AGRALL (State Bar No. 100013)
WILD, CARTER & TIPTON
A Professional Corporation
246 West Shaw Avenue
Fresno, CA 93704
Telephone: (559) 224-2131
Email: tagrall@wctlaw.com

Attorney for Defendant, SANGHA SUNDIP SINGH

UNITIED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, ANGEL MENDEZ MENDEZ, NOE MOISES RAMIREZ SALAZAR, PATRICIO REYES VENEGAS, ALEJANDRO RIVERA FONSECA, DANIEL RAMIREZ CUEVAS, SERGIO GOMEZ GONZALES, ARTURO SANTOS, ABEL ISIDRO B., PABLO LOPEZ CRUZ, ANGELINA ISIDRO B., HONORINA CRUZ SALINAS, ROLANDO JUAREZ MARTINEZ, MANUEL JUAREZ RAMIREZ, and JUANA MAYORAL SILVA, individually and on behalf of other current and former employees,<br><br>                    Plaintiffs,<br>      v.<br><br>RAFAEL VILLAFAN, an individual, DEMI AG. INC., a California Corporation, RAFAEL VILLAFAN dba DEMI AG. INC., and SANGHA SUNDIP SINGH, an individual,<br><br>                    Defendants. | Case No. 1:16-CV-00688-DAD-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND**<br><br> **AND ORDER**<br><br>[Rule 144 - FRCP 6] |

 IT IS HEREBY STIPULATED, by and between the parties, that Defendant SANGHA SUNDIP SINGH, is hereby granted an extension of time to respond to the complaint filed herein up to and including June 20, 2016.

///

The parties wish to explore settlement and the additional time will allow the parties to do so.

Dated: June 6, 2016                California Rural Legal Assistance, Inc.


By: ____/s/_____
     Estella Cisneros, Attorneys for Plaintiffs

Dated:  June 6, 2016                Wild, Carter & Tipton, APC



By:___/s/_____
     Tracy A. Agrall, Attorneys for Sangha Sundip Singh


ORDER


IT IS SO ORDERED.

Dated:   **June 8, 2016**           _____
                                          UNITED STATES MAGISTRATE JUDGE