# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al., | Case No. 1:16-cv-00688-DAD-SAB |
| Plaintiffs, | ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE |
| v. | |
| RAFAEL VILLAFAN, et al., | |
| Defendants. | |

Due to the pending order to show cause, the Scheduling Conference in this action is reset from August 8, 2016, to October 17, 2016, at 9:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. The parties shall file a Scheduling Report that comports with the Scheduling Conference Order at least seven (7) calendar days prior to the continued scheduling conference date.

IT IS SO ORDERED.

Dated: **July 13, 2016**

UNITED STATES MAGISTRATE JUDGE

1