# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAFAEL VILLAFAN, an individual, DEMI AG. INC., a California Corporation, RAFAEL VILLAFAN dba DEMI AG. INC., and SANGHA SUNDIP SINGH, an individual, <br><br> Defendants. | Case No.: **1:16-cv-00688-DAD-SAB** <br><br> **ORDER** |

Pursuant to the Stipulation For Leave to File First Amended Complaint filed on October 6, 2016 by the parties and, **GOOD CAUSE APPEARING THEREOF**;

**IT IS SO ORDERED** THAT THE STIPULATION hereby becomes final and that the First Amended Complaint and Defendants' Answer are deemed filed with the signing of this ORDER. Defendants can file an Amended Answer if they deem it necessary in accordance with the Stipulation.

IT IS SO ORDERED.

Dated: **October 7, 2016**

UNITED STATES MAGISTRATE JUDGE