# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAFAEL VILLAFAN, et al, <br><br> Defendants. | Case No. 1:16-cv-00688-DAD-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT SANGHA SUNDIP SINGH AS A PARTY IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) <br><br> (ECF No. 47) |

On November 27, 2017, Plaintiffs filed a stipulation voluntarily dismissing this action with prejudice against Defendant Sangha Sundip Singh only. (ECF No. 47.) Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a stipulation of dismissal signed by all parties who have appeared.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendant Sangha Sundip Singh as a party in this action.

IT IS SO ORDERED.

Dated: **November 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1