# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RAFAEL VILLAFAN, et al, <br><br> Defendants. | Case No. 1:16-cv-00688-DAD-SAB <br><br> ORDER GRANTING PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO FILE THEIR SUPPLEMENTAL BRIEFING <br><br> (ECF No. 46) |

On November 27, 2017, Plaintiffs filed a request for an extension of time to file their supplemental briefing regarding Plaintiffs' motion for default judgment. (ECF No. 46.)

Good cause having been presented to the Court, it is HEREBY ORDERED that Plaintiffs are granted to and including December 8, 2017, to file their supplemental briefing regarding Plaintiffs' motion for default judgment.

IT IS SO ORDERED.

Dated: **November 28, 2017**

UNITED STATES MAGISTRATE JUDGE

1