# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIANO JUAREZ, et al., | Case No. 1:16-cv-00688-DAD-SAB |
| Plaintiffs, | ORDER DIRECTING CLERK OF COURT TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| RAFAEL VILLAFAN, et al., | |
| Defendants. | |

On October 6, 2016, the parties in this action filed a stipulation re the first amended complaint. (ECF No. 20.) On October 7, 2016, an order issued addressing the stipulation and the first amended complaint was deemed filed. (ECF No. 22.) However, the first amended complaint was never filed on the docket. Accordingly, the Clerk of the Court is HEREBY DIRECTED to file the first amended complaint attached to ECF No. 20 as of October 6, 2016.

IT IS SO ORDERED.

Dated: **December 29, 2017**

UNITED STATES MAGISTRATE JUDGE

1